ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7298
 Facsimile: (415) 436-6748
 Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH OZORPAK,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>   Defendants | Case No. 3:24-cv-08248 AGT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |

  The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before February 26, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response.

  The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or March 26, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by April 25, 2025.

Dated: January 27, 2025

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: January 27, 2025

*/s/ Dorukhan K. Oguz*
DORUKHAN K. OGUZ
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 27, 2025

ALEX G. TSE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.